UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Larry Williams, et al., | File No. 20-cv-2190 (ECT/LIB) |
| Petitioners, | |
| v. | **ORDER** |
| B. Birkholz, et al., | |
| Respondents. | |

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on July 20, 2021. ECF No. 16. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 16] is **ACCEPTED**.

2. The Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Request for Emergency Order of Enlargement [ECF No. 1] is **DENIED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 13, 2021          s/ Eric C. Tostrud
                                                       Eric C. Tostrud
                                                       United States District Court